1   Michael K. Brown (SBN 104252)
    Thomas J. Yoo (SBN 175118)
2   REED SMITH LLP
    355 South Grand Avenue, Suite 2900
3   Los Angeles, CA  90071
    Telephone:    213.457.8000
4   Facsimile:    213.457.8080
    Email: mkbrown@reedsmith.com
5   tyoo@reedsmith.com

6   Steven J. Boranian (SBN 174183)
    Amanda Murray (SBN 223829)
7   REED SMITH LLP
    Two Embarcadero Center, Suite 2000
8   San Francisco, CA  94111-3922
    Telephone:    415.543.8700
9   Facsimile:    415.391.8269
    Email: sboranian@reedsmith.com
10  amurray@reedsmith.com

11  Attorneys for Defendants
    Merck & Co., Inc.

12

13              UNITED STATES DISTRICT COURT

14            NORTHERN DISTRICT OF CALIFORNIA

15

16
    KIM THOMPSON, et al.,              No.: 3:06-cv-06991-VRW
17
                     Plaintiff,        STIPULATION AND ~~PROPOSED~~ ORDER
18                                     STAYING PROCEEDINGS PENDING
    vs.                                TRANSFER TO VIOXX MDL NO. 1657
19
    MERCK & CO. INC., et al.           **Honorable Vaughn R. Walker**
20
                     Defendants.
21

22

23

24

25

26

27

28

*REED SMITH LLP*
*A limited liability partnership formed in the State of Delaware*

1    TO THE CLERK OF THE COURT OF THE UNITED STATES DISTRICT COURT FOR

2   THE NORTHERN DISTRICT OF CALIFORNIA, PLAINTIFFS AND DEFENDANT, THROUGH

3   THEIR ATTORNEYS, FILE THIS STIPULATION AND PROPOSED ORDER.

4

5    This case, *Kim Thompson, et al. v. Merck & Co., Inc., et al.* Case Number 3:06-cv-06991-

6   VRW, was filed in state court on September 26, 2006 and removed to this Court on November 8,

7   2006.  No discovery has been conducted or scheduled.

8

9    On November 14, 2006, Merck, pursuant to Rule 7.5(c) of the Rules of Procedure of the

10   Judicial Panel on Multidistrict Litigation ("R.P.J.P.M.L."), provided notice to the MDL Panel of the

11   pendency of this "tag-along" action and furnished the MDL Panel with a copy of the docket sheet

12   and complaint.  Merck requested that the MDL Panel transfer this action to the multidistrict litigation

13   known as In re Vioxx Products Liability Litigation, MDL No. 1657, currently pending in the Eastern

14   District of Louisiana, District Judge Eldon Fallon presiding.  Merck expects the JPML to issue a

15   conditional transfer order that includes this case in the next few weeks.

16

17    Plaintiffs do not oppose the transfer of this case to the Vioxx MDL.

18

19    In light of the pending transfer of this case to the Vioxx MDL, the parties respectfully

20   request that all proceedings be stayed so as to allow the JPML to rule on transfer of this tag along

21   action.

22   / / /

23   / / /

24   / / /

25   / / /

26   / / /

27   / / /

28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

– 1 –

1   SO STIPULATED.

2

3  Dated: December 19, 2006

4         REED SMITH LLP

5

6         By:

7           Amanda Murray
            Attorney for Defendant
8           MERCK & CO., INC.

9  Dated: December 19, 2006

10        KERSHAW CUTTER & RATINOFF LLP

11        By:

12          David E. Smith
           Attorney for Plaintiffs

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

STIPULATION AND PROPOSED ORDER STAYING PROCEEDINGS PENDING TRANSFER TO MDL

1

### [~~PROPOSED~~] ORDER

2

PURSUANT TO STIPULATION, IT IS SO ORDERED that the above terms of this

3

Stipulation are approved by this Court.

4

5

Dated:  12/27/2006

6

7

8

9



10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND PROPOSED ORDER STAYING PROCEEDINGS PENDING TRANSFER TO MDL